AO 245B    (Rev. 12/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: JONATHAN SMITH AKA JON JON | Judgment — Page 2 of 6 |
| CASE NUMBER: 1:05CR26-5 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

24 months

X   The court makes the following recommendations to the Bureau of Prisons:
That defendant serve his sentence located at Elkton, OH

☐   The defendant is remanded to the custody of the United States Marshal.

X   The execution of the sentence is deferred and bond continued. The defendant shall surrender :

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

X   as notified by the United States Marshal or the designated institution.

☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant *Surrendered* delivered on 9-19-05 to FCI McKean at Bradford Pa, with a certified copy of this judgment.

James F Sherman, Warden
UNITED STATES MARSHAL

By _Jody Laurell_ LJS
DEPUTY UNITED STATES MARSHAL

2005 OCT 26 PM 2:57