UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 1:05CR00026-05 |
| | ) | |
| Plaintiff, | ) | Judge Peter C. Economus |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge James S. Gallas |
| JONATHAN SMITH, | ) | |
| | ) | |
| Defendant(s). | ) | <u>N O T I C E</u> |
| | ) | |

TAKE NOTICE the above-named defendant is scheduled for **SUPERVISED RELEASE VIOLATION HEARING on January 11, 2010**, at 2:00 p.m. in Courtroom 9A, U.S. Courthouse, 801 W. Superior Avenue, Cleveland, Ohio, before the Honorable James S. Gallas, United States Magistrate Judge.

                                                      GERI M. SMITH
                                                             Clerk

                                  By     s/Gloria Waytes
                                            Courtroom Clerk to the
                                            Honorable James S. Gallas
                                            (216) 357-7181

DATED:   Janury 7, 2010