UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

2010 JAN 11 PM 3: 32

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:05CR00026-005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WAIVER OF PRELIMINARY HEARING** |
| | ) | **RE: SUPERVISED RELEASE VIOLATION** |
| JONATHAN SMITH, | ) | |
| | ) | Judge Peter C. Economus |
| | ) | |
| Defendant. | ) | Magistrate Judge Gallas |
| | ) | |

I have been advised by my counsel and by the Court of my right under the Federal Rules of Criminal Procedure to have a preliminary hearing in the above-captioned matter at which the government would have to establish that there was probable cause to believe that I committed the violation with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

Approved: _____
JAMES S. GALLAS
U.S. Magistrate Judge