FILED

2010 JAN 11 PM 3:32

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:05CR00026-005 |
| | ) | |
| | ) | Judge Peter C. Economus |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WAIVER OF DETENTION HEARING** |
| | ) | |
| JONATHAN SMITH, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge James Gallas |

I, Jonathan Smith, the above named defendant, accused of having violated the terms and conditions of supervised release as ordered by the Court and being advised of the nature of the charge and of my rights, and under advice of counsel, do hereby waive in open court my right to a detention hearing and consent that I be held in detention until my supervised release violation hearing before Judge Economus.

_____
Defendant

_____
Counsel for Defendant

Approved: _____
JAMES S. GALLAS
U.S. Magistrate Judge