UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                          Case No.: 1:05−cr−00026−PCE

                                                            Judge Peter C. Economus

, et al.

                                        Defendant.

---

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

          Notice of Hearing as to Defendant, Jonathan Smith. A Final Hearing regarding Revocation of Supervised Release is set for 1/21/2010 at 10:00 AM in Courtroom 351 before Judge Peter C. Economus.(BR,S)

**PLACE**
Thomas D. Lambros
United States Courthouse &Federal Building
125 Market Street
Youngstown, OH
44503

January 12, 2010

                                                            Geri M. Smith, Clerk
                                                    Suzanne Bertelli−Ray, Deputy Clerk