UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:05CR0026-005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DETENTION ORDER |
| | ) | |
| Jonathan Smith, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |
| | ) | |

Defendant, Jonathan Smith, represented by counsel, Edward Bryan, after being advised of the nature of the charge and of his right to a detention hearing on the government's motion to detain, knowingly and voluntarily and with advice of counsel waived his right to a detention hearing and consents to be detained without bail during the pendency of this action.

Considering the above waiver, the pretrial services report and after ordering the case bound over to the grand jury for further proceedings, the Court orders that the above defendant, Jonathan Smith, be detained pursuant to Title 18 U.S.C. §3142(e) and (i).

Pursuant to 18 U.S.C. §3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

1:05cr0026-005 2

The defendant be afforded reasonable opportunity for private consultation with his counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshall for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: Janauary 11, 2010

                                                        /s/ James S. Gallas
                                                        James S. Gallas
                                                        United States District Court